Richard Kwun, Bar #249134
LEGAL HELPERS, P.C.
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rkw@legalhelpers.com
*Attorney for Plaintiff Aime Wootten*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Aime Wootten          Plaintiff, v. Global Credit & Collection Corporation          Defendant. | Case No. 1:08-cv-01958-LJO-DLB  **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: *s/ Richard Kwun*
Richard Kwun, Bar #249134
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rkw@legalhelpers.com
*Attorney for Plaintiff Aime Wootten*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 3, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Deanna L. Natale  
Natale Law offices  
8133 Warden Ave. Suite 405  
Markham, ON L6G 1B3  
*Attorney for Defendant*

                                            */s/ Richard Kwun*