UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE WOOTTEN, | CASE NO. CV F 08-1958 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| GLOBAL CREDIT & COLLECTION CORP. | |
| Defendants. / | |

Plaintiff has filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than February 25, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   February 4, 2009**           /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE