Richard Kwun, Bar #249134
LEGAL HELPERS, P.C.
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rkw@legalhelpers.com
*Attorney for Plaintiff Aime Wootten*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Aime Wootten<br><br>    Plaintiff,<br><br>v.<br><br>Global Credit & Collection Corporation<br><br>    Defendant. | Case No. 1:08-cv-01958-LJO-DLB<br><br><br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard Kwun*
Richard Kwun (Bar No. 249134)
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rkw@legalhelpers.com
*Attorney for Plaintiff Aime Wootten*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2009, a copy of the foregoing Notice was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Deanna L. Natale
Natale Law offices
8133 Warden Ave. Suite 405
Markham, ON L6G 1B3
*Attorney for Defendant*

                                            */s/ Richard Kwun*