UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIME WOOTTEN, | CASE NO. CV-F-08-1958 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| GLOBAL CREDIT AND COLLECTION CORPORATION, | |
| Defendant. | |

On March 2, 2009, Plaintiff Aime Wootten filed a notice of voluntary dismissal with prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 2, 2009**                              /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE